THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Joelle T., a minor under the age of seventeen, Appellant.
 
 
 

Appeal From Richland County
Deborah Neese, Family Court Judge

Unpublished Opinion No. 2010-UP-547
 Submitted December 1, 2010  Filed
December 16, 2010  

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Julie M. Thames, and Solicitor Warren B. Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM: Joelle
 T. appeals her adjudication of delinquency for disturbing schools, arguing the
 family court judge erred in denying her motion for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities: S.C. Code Ann. §
 16-17-420(1)(a) (2003) ("It shall be unlawful . . . for any person
 willfully or unnecessarily . . . to interfere with or to disturb in any way . .
 . the students or teachers of any school . . . ."); In the Interest of
 Bruce O., 311 S.C. 514, 515, 429 S.E.2d 858, 859 (Ct. App. 1993) (reviewing
 the denial of a directed verdict motion for acquittal on a delinquency
 adjudication, an appellate court must affirm if any evidence reasonably tends
 to prove the guilt of the accused).  
AFFIRMED.
HUFF,
 KONDUROS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.